# FAYETTE COUNTY,

## June Term, 1795.

PATRICK ELLIOT for the ufe of JONATHAN HILL
*v.* SAMUEL MILLER.

*JOHN SUNTLIN* gave a fingle bill, dated 25th    1795.
March, 1786, for the payment of 25*l.* to *Samuel Miller*, or his order, heirs, or affigns. *Samuel Miller* affigned this bill to *Patrick Elliot*, by an indorfement on it, as follows, "I affign over my right and title to the within note to *Patrick Elliot*" (then interlined with other ink) "for value received, witnefs my hand and feal, this 25th *March*, 1786, *Samuel Miller*," (with a feal annexed.) To this affignment, three other names were added, probably intended as witneffes, but a feal was annexed to each name. This note being afterwards affigned without feal in the prefence of two witneffes, this action of covenant was brought againft the original obligee, the firft affignor, on his affignment. The declaration, ftating the note, and alfo, the money being unpaid, the affignment to *Elliot*; ftated a covenant by *Miller*, that the money fhould be paid, and an averment, that it had not been paid by *Suntlin*, whereby action accrued to *Elliot*, to demand of *Miller*, the faid fum of 25*l.* It then averred a demand on 1ft *October*, 1786, and a refufal.

*Young*, for the defendant, referring to the cafe of *Cum-* Dall 444. *mings v. Lynch*, with the cafes therein recited, objected, that the affignment, containing no exprefs promife, that the money fhould be paid, was not evidence to fupport this declaration on an exprefs covenant.

The plaintiff fuffered a nonfuit.